UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GCE INTERNATIONAL, INC.,

                Plaintiff,

        -against-

JUST ONE LLC, et al.,

               Defendants.
------------------------------------------------------------X

22-CV-2555 (VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

        Plaintiff filed this action on March 29, 2022, (Doc. 1), and filed affidavits of service on April 6, 2022, (Docs. 11–12). The deadline for Defendant Five Below, Inc. to respond to Plaintiff's complaint was April 22, 2022, and the deadline for Defendant Just One LLC to respond was April 21, 2022. (*See id.*) To date, Defendants have not appeared or responded to the complaint. Plaintiff, however, has taken no action to prosecute this case. Accordingly, if Plaintiff intends to seek a default judgment, they are directed to do so in accordance with Rule 4(H) and Attachment A of my Individual Rules and Practices in Civil Cases by no later than May 13, 2022. If Plaintiff fails to do so or otherwise demonstrate that they intend to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    April 29, 2022
             New York, New York

                                                                  VERNON S. BRODERICK
                                                                    United States District Judge