UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                             :
GCE INTERNATIONAL, INC.,            :        22cv2555 (DLC)
                                             :
                      Plaintiff,    :        <u>ORDER OF</u>
           -v-                                 :        <u>DISCONTINUANCE</u>
                                           :
JUST ONE LLC, et al.,               :
                      Defendants.   :
                                         :
---------------------------------------- X

DENISE COTE, District Judge:

    It having been reported to this Court that this case has been settled, it is hereby

    ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by **November 21, 2022**. If no such application is made by that date, today's dismissal of the action is with prejudice. See <u>Muze, Inc. v. Digital On Demand, Inc.</u>, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

Dated:    New York, New York
           October 20, 2022

                                            _____
                                                DENISE COTE
                                          United States District Judge