# Sills Cummis & Gross

### A Professional Corporation

101 Park Avenue, 28th Floor
New York, New York 10178
Tel: (212) 643-7000
Fax (212) 643-6500

Kenneth R. Schachter
Of Counsel
Direct Dial: 212-500-1589
Email:
kschachter@sillscummis.com

The Legal Center
One Riverfront Plaza
Newark, NJ 07102
Tel: (973) 643-7000
Fax: (973) 643-6500

November 18, 2022

**VIA ECF**

Honorable Denise L. Cote
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Court House
500 Pearl Street, Room 1910
New York, New York 10007-1312

> Re: GCE International, Inc. v. Just One LLC and Five Below, Inc.
> Case No. 22-civ-2555 (DLC)
> Letter Requesting Extension of Deadline to File Application to Restore Action

Dear Judge Cote:

We represent Plaintiff in the above-captioned action (the "Action"), and we are writing on behalf of all parties to request a brief extension of the November 21, 2022 deadline to file an application to restore the Action, which was set by Your Honor's October 10, 2022 Order of Discontinuance (ECF No. 27) (the "Order").

The parties are in the process of consummating a settlement agreement but are uncertain as to whether that agreement will be signed prior to the Order's November 21, 2022 deadline. To that end, the parties respectfully request that the deadline set by the Order be extended to December 1, 2022.

No previous request for an extension with respect to the Order have been requested. Defendants have consented to Plaintiff's submission of this request.

Respectfully submitted,

*Granted.*

*Denise Cote*
*11/18/22*

*/s/ Kenneth R. Schachter*

Kenneth R. Schachter

9315412